UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| JAGER PRO, LLC, | ) |
|               Plaintiff, | ) |
| v. | ) Civil Action No. 4:19-cv-00107-DPM |
| BULL CREEK WELDING AND FABRICATION, INC., | ) |
|               Defendant. | ) |

**CLERK'S ORDER GRANTING EXTENSION OF TIME**

Defendant Bull Creek Welding and Fabrication, Inc. has requested a twenty-one (21) day extension of time to file a responsive pleading in the above-captioned matter pursuant to Local Rule 6.2. The extension request is GRANTED. Defendant has up to an including April 1, 2019 to file the responsive pleading.

Dated this 6th day of March, 2019.

                                                        Signed at the Direction of the Court

                                                        JAMES W. McCORMACK, CLERK OF COURT

                                                        By: Jake Kornegay, Deputy Clerk

# GRAYSON & GRAYSON

A Professional Association

Attorneys & Counselors at Law

Keith L. Grayson, J.D.  
Melanie L. Grayson, J.D.

Mailing Address:  
Post Office Box 1447  
Heber Springs, Arkansas 72543  
klgmlg@aol.com

Heber Springs Office: (501) 206-0905  
Toll Free 1-877-370-9192

Telefax: (501) 206-0147

March 6, 2019

clerksoffice@ared.uscourts.gov  
James W. McCormack  
Clerk of Court  
United States District Court, Eastern District of Arkansas  
600 W. Capitol Avenue, Room A149  
Little Rock, AR 72201

    Re:    *Jager Pro, LLC* v. *Bull Creek Welding and Fabrication, Inc.*,  
           Case No. 4:19-cv-00107  
           Request for Extension of Time to File Responsive Pleading

Dear Clerk:

    I represent Defendant Bull Creek Welding and Fabrication, Inc. ("Bull Creek") in the above-referenced action. I hereby request a twenty-one (21) day extension of time to file a responsive pleading to the Complaint (Dkt. 1).

    As shown in Exhibit "1" attached hereto, counsel for Plaintiff, Jager Pro, LLC, consents to our request for the extension of time.

    The time to respond to the Complaint has not yet expired. The Complaint was not served upon Bull Creek until Saturday, February 16, 2019. As such, the twenty-one day period for responding, as prescribed by Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, does not expire until March 11, 2019. Accordingly, this request is timely.

    Based on the foregoing, a prompt extension of time is respectfully requested.

                                                Respectfully submitted,

                                                /s/ Keith L. Grayson  
                                                Keith L. Grayson

cc:             All Counsel (Via E-Mail)  
Encl.:        Proposed Order

# Exhibit 1

# Ojeiku Aisiku

| From: | Chip Chiles <cchiles@qgtlaw.com> |
|---|---|
| Sent: | Wednesday, February 27, 2019 11:08 AM |
| To: | Robert W. Morris |
| Cc: | Ojeiku Aisiku; R. Ryan Younger |
| Subject: | [External] RE: Jager Pro v. Bull Creek Welding -- 4:19-cv-107-DPM |

Mr. Morris:

Jager Pro consents to the 21-day extension of time to respond to the complaint, as requested below. We will file a proof of service in the near future.

We look forward to working with you. Thanks.

Chip

E. B. (Chip) Chiles IV
cchiles@qgtlaw.com | vcard
501.379.1734 | Fax: 501.379.3834

Gayla Smith | Legal Assistant
gsmith@qgtlaw.com | vcard
501.379.1768 | Fax: 501.379.3868



111 Center Street, Suite 1900
Little Rock, Arkansas 72201
Map | www.qgtlaw.com

This e-mail message and any attachments contain confidential information that may be legally privileged. Clients are warned that e-mail communications with the firm that are sent from or received on a system or e-mail account to which others have access creates a significant risk that unauthorized third parties might gain access to them. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please immediately notify us by return e-mail or by telephone at 501-379-1700 and delete this e-mail. Please note that if this e-mail contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Quattlebaum, Grooms & Tull PLLC Receipt of e-mail does not establish an attorney-client relationship.

**From:** Robert W. Morris <rwmorris@eckertseamans.com>
**Sent:** Tuesday, February 26, 2019 3:21 PM
**To:** Chip Chiles <cchiles@qgtlaw.com>; R. Ryan Younger <ryounger@qgtlaw.com>
**Cc:** Ojeiku Aisiku <oaisiku@eckertseamans.com>
**Subject:** Jager Pro v. Bull Creek Welding -- 4:19-cv-107-DPM

Mr. Chiles & Mr. Younger,

We are now representing Bull Creek Welding in the above-identified litigation that your firm filed on behalf of Jager Pro.

My understanding is that a process server served the complaint and attachments on Bull Creek Welding on Saturday, February 16, 2019.

If that did indeed occur, a response to complaint would be due on or before Monday, March 11, 2019.

Can you please provide us with a copy of the executed Proof of Service or file it with the Court (Bull Creek was not provided with an executed copy)?

Pursuant to Local Rule 6.2, we are seeking written consent for a twenty-one (21) day extension of time to respond to the complaint.

Can you please confirm in writing that Jager Pro consents to our request for a twenty-one day extension?

Best regards,

Robert Morris

**Robert W. Morris, Esq.** | Member
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

10 Bank Street • Suite 700 • White Plains, NY 10606
Direct (914) 286.6440 | Mobile (914) 216.1398
rwmorris@eckertseamans.com

eckertseamans.com | bio | vCard | LinkedIn

------------------------------------------------------------------

This e-mail message and any files transmitted with it are subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Thank you.

Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.