# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JAGER PRO, LLC                                                    PLAINTIFF

v.                    No. 4:19-cv-107-DPM

BULL CREEK WELDING AND
FABRICATION, INC.                                                 DEFENDANT

JAGER PRO, LLC                                                    PLAINTIFF

v.                    No. 4:19-cv-108-DPM

TUSK INNOVATIONS, INC.                                            DEFENDANT

## ORDER

The Court appreciates the parties' recent filings. Their suggested change in the hearing structure is sound. We'll have a combined hearing starting at 9:00 a.m. on November 20th, with argument about Jager Pro's patents first and Tusk's patent second.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 October 2019