# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| JAGER PRO, LLC | PLAINTIFF |
| v. No. 4:19-cv-107-DPM | |
| BULL CREEK WELDING AND FABRICATION, INC. | DEFENDANT |
| JAGER PRO, LLC | PLAINTIFF |
| v. No. 4:19-cv-108-DPM | |
| TUSK INNOVATIONS, INC. | DEFENDANT |

## ORDER

The Court must try a criminal case the week of November 18th. The joint *Markman* hearing is therefore continued. Are counsel available for a hearing in Little Rock at 9:00 a.m. on Monday, November 25th or Friday, January 10th? Please advise chambers, and the Court will lock in one of these dates.

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 October 2019