IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAGER PRO, INC.                                                                PLAINTIFF

v.                                  No. 4:19-cv-107-DPM

BULL CREEK WELDING AND
FABRICATION, INC.                                                              DEFENDANT

## ORDER

The parties have asked the Court to modify its definition of the person having ordinary skill in the art involved in this case. *Doc. 50.* This is a fact question. *Graham v. John Deere Company of Kansas City*, 383 U.S. 1, 17 (1966). The record is thin, but the parties agree on what the definition should be. The motion is therefore granted as modified. Here's the new definition:

> A person of ordinary skill in the art at the time of the invention would have at least a bachelor's degree in mechanical, industrial, or civil engineering. She would also have some experience dealing with wireless communications systems and monitoring devices—such as digital, infrared, low-light, and motion-sensing cameras.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 July 2020