IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAGER PRO, LLC                                                                    PLAINTIFF

v.                              No. 4:19-cv-107-DPM

BULL CREEK WELDING AND
FABRICATION, INC.                                                               DEFENDANT

### ORDER

Joint status report, *Doc. 57*, appreciated. Motion, *Doc. 65*, denied as moot. Unopposed amended motion, *Doc. 66*, conditionally granted. Jager may file the identified exhibits under seal for now. But, the parties' designation of documents as confidential does not answer the question of whether the documents should be kept sealed. See this Court's Order in *Panhandle Oil and Gas, Inc. v. BHP Billiton Petroleum (Fayetteville) LLC*, Doc. 36 in E.D. Ark. No. 4:17-cv-379-DPM (1 November 2017). Jager Pro must file a sealed brief showing—document by document—why redaction is impracticable and sealing is justified. Brief due by 13 November 2020. The Court will evaluate the sealing issue, and make a final decision, after receiving that explanation and reviewing the documents.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 October 2020