IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAGER PRO, LLC                                                              PLAINTIFF

v.                          No. 4:19-cv-107-DPM

BULL CREEK WELDING AND
FABRICATION, INC.                                                           DEFENDANT

JAGER PRO, LLC                                                              PLAINTIFF

v.                          No. 4:19-cv-108-DPM

TUSK INNOVATIONS, INC.                                                      DEFENDANT

## ORDER

The Court cancelled the 12 April 2021 trial in *Jager Pro v. Bull Creek* because of the ongoing emergency conditions due to COVID-19. ADMINISTRATIVE ORDER ELEVEN. Neither party has requested reinstatement. Trial in *Jager Pro v. Tusk* is scheduled for 7 June 2021. But, the Court has older cases set for trial that week. The *Tusk* trial is therefore also cancelled. The parties have completed briefing on dispositive motions in both cases. The Court will decide those motions and reset trial dates, if necessary, in due course. The Second Amended Final Scheduling Order in each case is suspended.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

12 March 2021