# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

JAGER PRO, LLC                                                    PLAINTIFF

v.                        No. 4:19-cv-107-DPM

BULL CREEK WELDING AND
FABRICATION, INC.                                   DEFENDANT

## ORDER

      The Court appreciates Jager Pro's brief on sealing, *Doc. 77*, and its attention to the sealing, redaction, and confidentiality issues. This effort is a model of care and collaboration among counsel. The Court grants Jager Pro leave to file unsealed versions of Exhibits N, R, S, AO-0, AO-1, and AQ in support of its motion for summary judgment, *Doc. 60*. Exhibits AN and AP will remain under seal, but Jager Pro must file redacted versions on the public docket. Exhibits O, Q, AR, AS, and AT will remain under seal in their entirety. Please file the listed unsealed exhibits, and the redacted exhibits, on the public docket by 9 April 2021.

      So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 March 2021