IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| JAGER PRO, LLC | PLAINTIFF |
| v. | No. 4:19-cv-107-DPM |
| BULL CREEK WELDING AND FABRICATION, INC. | DEFENDANT |
| JAGER PRO, LLC | PLAINTIFF |
| v. | No. 4:19-cv-108-DPM |
| TUSK INNOVATIONS, INC. | DEFENDANT |

ORDER

1. Bull Creek asks the Court to extend the "stay" in this case until an ongoing *inter partes* review of two of the patents involved is completed. But there's no stay in place. The Court canceled the trial date and suspended the Scheduling Order due to COVID-19 emergency conditions, and to afford the Court ample time to decide the parties' dispositive motions, *Doc. 94*, but it didn't enter a stay. And there aren't compelling reasons to halt things now. This case is far along. Discovery has been completed. The parties have fully briefed competing dispositive motions, which the Court has under advisement. Pre-trial disclosures and trial briefs have been submitted. The Court has decided motions in the interim, *Doc. 95, 102, & 104*. And the *inter*

*partes* review features different defendants, prior arts, and invalidity arguments. Motion, *Doc. 98*, denied.

**2.** The Court is running behind in addressing the parties' voluminous motions on the merits. And this is shaping up as a summer of jury trials, including a three-week criminal case. To keep the case moving forward, the Court refers *Doc. 58, 60, & 61* in 4:19-cv-107-DPM and *Doc. 61 & 65* in 4:19-cv-108-DPM to Magistrate Judge Beth Deere for a recommended disposition.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

6 July 2021