IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAGER PRO INCORPORATED                                    PLAINTIFF

v.                              No. 4:19-cv-107-DPM

BULL CREEK WELDING
AND FABRICATION, INC.                                     DEFENDANT


JAGER PRO INCORPORATED                                    PLAINTIFF

v.                              No. 4:19-cv-108-DPM

TUSK INNOVATIONS, INC.                                    DEFENDANT


## ORDER

**1.** Joint motions, *Doc. 118* in 4:19-cv-107 and *Doc. 87* in 4:19-cv-108, granted as modified. The Court agrees that putting this consolidated case on hold makes good sense. This case is stayed and administratively terminated pending a final decision of the United States Court of Appeals for the Federal Circuit's ruling on Jager Pro's appeal of the Patent Trial and Appeal Board's final decisions in *W-W Manufacturing Co. v. Jager Pro Inc.*, No. IPR2020-1470 (P.T.A.B. 16 February 2022) and *W-W Manufacturing Co. v. Jager Pro Inc.*, No. IPR2020-01471 (P.T.A.B. 16 February 2022). Joint status report due within ten calendar days of the Federal Circuit's decision.

**2.**  The Court appreciates Magistrate Judge Deere's thorough work but declines her recommendations, *Doc. 110* in 4:19-cv-107 and *Doc. 82* in 4:19-cv-108, without prejudice.  The pending motions, *Doc. 58, 60, 61 & 80* in 4:19-cv-107 and *Doc. 61 & 65* in 4:19-cv-108, are also denied without prejudice as moot for now.

So Ordered.

_DPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

4 March 2022