IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAGER PRO INCORPORATED                                        PLAINTIFF

v.                      No. 4:19-cv-107-DPM

BULL CREEK WELDING AND
FABRICATION, INC.                                             DEFENDANT

JAGER PRO INCORPORATED                                        PLAINTIFF

v.                      No. 4:19-cv-108-DPM

TUSK INNOVATIONS, INC.                                        DEFENDANT

## ORDER

The Court appreciates the parties' status reports. They disagree about the effect of the Federal Circuit's decision, *Jager Pro, Inc. v. W-W Manufacturing Co.*, No. 2022-1710, 2023 WL 8009441 (Fed. Cir. 20 November 2023), on this case. The Court refers the case back to Magistrate Judge Deere for her recommendation about the impact of the Federal Circuit's decision on all the parties' various claims.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 November 2024