# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

JAGER PRO INCORPORATED                                          PLAINTIFF

v.                         No. 4:19-cv-107-DPM-BD

BULL CREEK WELDING AND
FABRICATION, INC.                                                DEFENDANT

JAGER PRO INCORPORATED                                          PLAINTIFF

v.                         No. 4:19-cv-108-DPM-BD

TUSK INNOVATIONS, INC.                                          DEFENDANT

## ORDER

Magistrate Deere has informed me that all the parties want to participate in a prompt settlement conference. Good. The Court converts the referral and requests that she conduct that conference, as soon as practicable, rather than making a recommended disposition.

If the case does not settle, the Court directs the parties to file simultaneous five-page briefs on 31 January 2025. Given the age of this case, it will be set first-out for a jury trial on 14 July 2025. Please propose interrogatories for the jury. Please also list expected evidentiary issues and cite helpful authorities on them.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 December 2024