IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAGER PRO INCORPORATED                                            PLAINTIFF

v.                            No. 4:19-cv-107-DPM

BULL CREEK WELDING AND
FABRICATION, INC.                                                  DEFENDANT

## JUDGMENT

Jager Pro's claims are dismissed with prejudice. The Court retains jurisdiction until 21 July 2025 to enforce the parties' settlement.

*[signature]*
D.P. Marshall Jr.
United States District Judge

17 April 2025